# State of Louisiana
## Secretary of State



06/29/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415


JUL 05 2022

NATIONAL GENERAL INSURANCE COMPANY
C/O SALLY HALL, CLAIMS COMPLIANCE MANAGER
P.O. BOX 3199
WINSTON SALEM, NC 27102

Suit No.: 20220001617
21ST JUDICIAL DISTRICT COURT
TANGIPAHOA PARISH

JESSICA WILSON
vs
INTEGON INDEMNITY CORPORATION

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

**EXHIBIT A**

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 06/28/2022
Title: DEPUTY SHERIFF

No: 1240304



TG

# CITATION



D256388

JESSICA WILSON

VS

INTEGON INDEMNITY CORPORATION



DOCKET NUMBER: C-20220001617
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

To: *NATIONAL GENERAL INSURANCE COMPANY*        *Parish of EAST BATON ROUGE*
THRU ITS REGISTERED AGENT FOR SERVICE OF
PROCESS LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA
70809

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana. You are the named defendant in the above captioned matter. Attached to this citation is a:*

    X    Certified Copy of Original Petition
        Certified Copy of Amended Petition
        Discovery Request

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A. A defendant shall file his answer within twenty-one (21) days after service of Citation upon him, except as otherwise provided by law. If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within thirty (30) days after service of the amended petition.
B. When an Exception is filed prior to Answer and is overruled or referred to the merits or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within fifteen (15) days after the exception is overruled or referred to the merits, or fifteen (15) days after service of the Amended Petition.
C. The Court may grant additional time for answering.
**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with ten (10) days after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

*This service was requested by SANDERSON, ADAM P and was issued by the Clerk of Court on JUNE 10, 2022.*

*Pleading Served*
*PETITION FOR DAMAGES/REQ FOR NOTICE*

*[signature]*
Deputy Clerk of Court for
*GARY STANGA*, Clerk of Court

## SERVICE INFORMATION

*Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above-named party as follows:*

*Personal Service on the party herein named* _____.

*Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said*

Tangipahoa Parish Clerk of Court  20220001617
Filed Jun 09, 2022 9:05 AM     E
Marquita Dyson
Deputy Clerk of Court
FAX Received Jun 06, 2022

21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO.   DIVISION " "

JESSICA WILSON

VERSUS

INTEGON INDEMNITY CORPORATION, NATIONAL GENERAL INSURANCE COMPANY, CABRERA CABRERA TRANSPORT #1, CORP., AND JOSE CABRERA

FILED: _____   _____
DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, JESSICA WILSON (hereinafter sometimes referred to as "Petitioner"), who files this Petition for Damages against Defendants, INTEGON INDEMNITY CORPORATION, NATIONAL GENERAL INSURANCE COMPANY, CABRERA CABRERA TRANSPORT #1, CORP., and JOSE CABRERA (collectively hereinafter sometimes referred to as "Defendants"), and in support thereof respectfully avers as follows:

PARTIES

1.

Petitioner is a person of the full age of majority and resident of the State of Louisiana.

2.

Defendant, INTEGON INDEMNITY CORPORATION, is a foreign insurance company, licensed to and doing business in the State of Louisiana.

3.

Defendant, NATIONAL GENERAL INSURANCE COMPANY, is a foreign insurance company, licensed to and doing business in the State of Louisiana.

4.

5.

Defendant, JOSE CABRERA, is domiciled in the County of Miami Dade, State of Florida, and is the full age of majority.

## JURISDICTION AND VENUE

6.

The State of Louisiana has jurisdiction over the Defendants because they are conducting business within and maintain minimum contacts with the State.

7.

Venue is proper within the Parish of Tangipahoa pursuant to La. Code Civ. Proc. Art. 42, as the accident that forms the basis of this suit occurred in the Parish of Tangipahoa, State of Louisiana.

## FACTS

8.

On or about June 15, 2021, Petitioner, JESSICA WILSON, was operating a 2016 Mazda 6 (hereinafter referred to as "Petitioner's vehicle"). Petitioner was operating her vehicle in a safe and prudent manner and obeying all rules of the road on Interstate 12 westbound in Hammond, Parish of Tangipahoa, State of Louisiana.

9.

At that same time, Defendant, JOSE CABRERA, was operating a 1998 Freightliner Conventional Tractor and Trailer (hereinafter referred to as "Defendant's vehicle"), owned by Defendant, CABRERA CABRERA TRANSPORT #1, CORP., traveling westbound on Interstate 12 in Hammond, Parish of Tangipahoa, State of Louisiana.

10.

At that same time, Petitioner's vehicle had come to a stop directly behind Defendants' vehicle on an exit ramp of Interstate 12 near S. Airport Road in Hammond, Louisiana.

11.

12.

At the time of the accident, JOSE CABRERA was on a mission and/or errand for and/or an employee and/or agent of CABRERA CABRERA TRANSPORT #1, CORP. in the course and scope of said employment and/or agency, and said CABRERA CABRERA TRANSPORT #1, CORP. is therefore vicariously liable unto Petitioner with the other named Defendants.

13.

The aforesaid collision and resulting injuries and damages specified herein were proximately and legally caused by the direct fault and negligence of Defendants, including, but not limited to the following, the following acts and/or omissions of negligence that may be shown at trial hereof:

a. failure to maintain proper lookout;

b. failure to maintain a vigilant lookout;

c. failure to maintain a safe distance from other vehicles;

d. failure to timely apply his brakes;

e. failure to properly apply his brakes;

f. failure to take reasonable action to avoid the collision;

g. failure to exercise due care and caution for the safety of others;

h. failure to obey the rules of the road;

i. operating a commercial vehicle in a careless and negligent manner; and

j. any other such acts or omissions of negligence as are indicated from the facts alleged herein and which may be shown at trial.

All of the above are negligent acts or omissions in violation of the rules of common sense, reasonable prudence, ordinances, and the laws of the Parish of Tangipahoa, and the State of Louisiana, all of which are specifically plead herein.

14.

Upon information and belief, Defendant, INTEGON INDEMNITY CORPORATION, had

nature herein asserted under the Louisiana Direct Action Statute, which INTEGON INDEMNITY CORPORATION is liable *in solido* with its insured for all amounts owed by it to Petitioner.

15.

Alternative, or in addition to, upon information and belief, Defendant, NATIONAL GENERAL INSURANCE COMPANY, had in effect a policy and/or issued a contract of insurance to CABRERA CABRERA TRANSPORT #1, CORP., and/or its employee, agent, driver or otherwise, JOSA CABRERA, for claims of the nature herein asserted under the Louisiana Direct Action Statute, which NATIONAL GENERAL INSURANCE COMPANY is liable *in solido* with its insured for all amounts owed by it to Petitioner

16.

As a result of Defendant JOSE CABRERA's careless operation of his vehicle, Petitioner's vehicle was damaged.

17.

As a direct result of this accident, and the negligence of Defendant, JOSE CABRERA, Petitioner has suffered significant, debilitating injuries and substantial damages.

18.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past, present and future physical pain and suffering; past, present and future mental anguish; past, present and future medical expenses; past, present and future physical impairment; rental expenses; property damage; loss of use and/or depreciation of vehicle; loss of past and future earnings; loss of future earning capacity; past and future loss of enjoyment of life; and penalties and attorneys' fees together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

**WHEREFORE**, Petitioner, JESSICA WILSON, prays that Defendants be duly cited and served with a copy of this Petition for Damages and, after due proceedings are had, there be a judgment rendered herein in favor of Petitioners and against Defendants, INTEGON INDEMNITY

the date of judicial demand until paid, for all costs of these proceedings and any other damages, penalties, attorneys' fees or sanctions reasonable under the premises.

Petitioner further prays for such other and further relief as may be proper and this Honorable Court is competent to grant.

Respectfully submitted:

THE CHOPIN LAW FIRM LLC

RICHARD A. CHOPIN (La. 4088)
JUSTIN M. CHOPIN (La. 31100)
ADAM P. SANDERSON (La. 31312)
PHILIP D. LORIO IV (La. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone:   Dick Direct:    504-229-6682
             Justin Direct:  504-229-6681
             Adam Direct:    504-517-1675
             Phil Direct:    504-517-1673
Facsimile:   504-324-0640
E-mail:      Rchopin@ChopinLawFirm.com
             Justin@ChopinLawFirm.com
             Adam@ChopinLawFirm.com
             Phil@ChopinLawFirm.com
*Attorneys for Petitioner, Jessica Wilson*

PLEASE SERVE:

1. **INTEGON INDEMNITY CORPORATION**
   *Through its registered agent for Service of Process,*
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

2. **NATIONAL GENERAL INSURANCE COMPANY**
   *Through its registered agent for Service of Process,*
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

3. **CABRERA CABRERA TRANSPORT #1, CORP**
   *Prepare citation for Long Arm Service, La. Stat. Ann. § 13:3204*
   Through its Registered Agent for Service of Process,
   Jose Cabrera
   9390 SW 35th Street
   Miami, Florida 33165

Tangipahoa Parish Clerk of Court 20220001617
Filed Jun 09, 2022 9:05 AM          E
Marquita Dyson
Deputy Clerk of Court
FAX Received Jun 06, 2022

### 21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

### STATE OF LOUISIANA

NO. _____                                              DIVISION " "

#### JESSICA WILSON

#### VERSUS

#### INTEGON INDEMNITY CORPORATION, NATIONAL GENERAL INSURANCE COMPANY, CABRERA CABRERA TRANSPORT #1, CORP., AND JOSE CABRERA

FILED: _____                                    _____
                                                                          DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE

In accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, this Honorable Court is hereby requested to provide our office, as counsel for Petitioner, JESSICA WILSON, in the above-numbered and entitled cause, written notice, by mail, ten (10) days in advance of any date fixed for any trial or hearing of the case, whether on exception, rules or the merits thereof.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby additionally requested to send our office immediately notice of any Order or Judgment made or rendered in this case upon the entry of any such Order or Judgment.

Respectfully submitted:

THE CHOPIN LAW FIRM LLC

_____
RICHARD A. CHOPIN (La. 4088)
JUSTIN M. CHOPIN (La. 31100)
ADAM P. SANDERSON (La. 31312)
PHILIP D. LORIO IV (La. 34648)
650 Poydras Street, Suite 1550
New Orleans, Louisiana 70130
Telephone:   Dick Direct:   504-229-6682
             Justin Direct: 504-229-6681
             Adam Direct:   504-517-1675
             Phil Direct:   504-517-1673
Facsimile:   504-324-0640

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125





FIRST CLASS
US POSTAGE
ZIP 70802 $ 005.
02 4M
00003U2747 JUN 29



7021 1970 0000 4778 0681

NATIONAL GENERAL INSURANCE COMPANY
C/O SALLY HALL, CLAIMS COMPLIANCE MANAGER
P.O. BOX 3199
WINSTON SALEM, NC 27102